1080

No. 95–6787. TUCKER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–6788. WILSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–6791. HALL v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 95–6803. BOUT v. ABRAMAJTYS. C. A. 6th Cir. Certiorari denied.

No. 95–6810. FERGUSON v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–6815. TOWNSEND v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–6820. HOLMAN v. UDALL, ATTORNEY GENERAL OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 95–6829. ADDERLY v. WHITAKER. C. A. 11th Cir. Certiorari denied.

No. 95–6846. EVERETT v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–6860. NEILL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–6866. JENKINS v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–6896. RAITPORT v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–6901. LAU v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 95–6902. AMERSON v. IOWA ET AL. C. A. 8th Cir. Certiorari denied.